# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of October, two thousand and fourteen.

Before:    José A. Cabranes,
     *Circuit Judge*.

_____

| | |
|---|---|
| Sakwe Balintulo, as personal representative of Saba Balintulo, *et al.*, | **ORDER** |
| | Docket Nos. 09-2778(L) |
|  Plaintiffs - Appellees, | 09-2780(con) |
| | 09-2787(con) |
|  v. | 09-3037(con) |
| | 09-2785(con) |
| Ford Motor Co., International Business Machines Corp., | 09-2801(con) |
| | 09-2779(con) |
|  Defendants - Movants. | 09-2781(con) |
| | 09-2783(con) |
| | 09-2792(con) |

_____

Lungisile Ntzebesa, *et al.*,

 Plaintiffs-Appellants,

                Docket Nos. 14-3589(L)

Hans Langford Phiri,             14-3607(con)

 ADR Provider-Appellant,

 v.

Sulzer AG, *et al.*,

 Defendants-Appellees.

_____

Defendants Ford Motor Company and International Business Machines Corporation have filed a motion requesting consolidation of the above-captioned appeals, or, in the alternative, that the appeals in 14-3589(L), 14-3607(con), be assigned to the Panel in docket no. 09-2778(L). Plaintiffs have filed opposition to the motion.

IT IS HEREBY ORDERED that the motion to consolidate is GRANTED.

             For The Court:
             Catherine O'Hagan Wolfe,
             Clerk of Court

