UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): 14-3589 and 14-3607

Caption [use short title]

Motion for: Consent Extension of Time to File Brief

BALINTULO, et al.,
Plaintiffs-Appellants,

-against-

Set forth below precise, complete statement of relief sought:
Plaintiffs-Appellants would like an extension of time to file their brief until January 28, 2015

FORD MOTOR COMPANY AND INTERNATIONAL BUSINESS MACHINES, CORPORATION,
Defendants-Appellees,

MOVING PARTY: Balintulo, et al.
☑ Plaintiff    ☐ Defendant
☑ Appellant/Petitioner    ☐ Appellee/Respondent

OPPOSING PARTY: Ford Motor Co. & Int'l Business Machines, Corp.

MOVING ATTORNEY: Kristen M. Ward

OPPOSING ATTORNEY: Brian C. Anderson and Keith R. Hummel

[name of attorney, with firm, address, phone number and e-mail]

1700 K Street, N.W., Suite 650
Washington, DC 20006
202.540.7200 mhausfeld@hausfeld.com

1625 Eye Street, N.W., Washington, DC 20006
202.383.5300 BAnderson@omm.com

Court-Judge/Agency appealed from: Shira A. Scheindlin, U.S.D.J. of Southern District of New York

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes ☐ No (explain): 

Opposing counsel's position on motion:
☑ Unopposed ☐ Opposed ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ☑ No ☐ Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:
Has request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this Court? ☐ Yes ☐ No
Requested return date and explanation of emergency:

Is oral argument on motion requested? ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? ☐ Yes ☑ No  If yes, enter date:

Signature of Moving Attorney:
_____ Date: December 30, 2014   Service by: ☑ CM/ECF  ☐ Other [Attach proof of service]

Form T-1080 (rev. 12-13)