UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| BALINTULO, ET AL.,<br><br>    Plaintiffs-Appellants,<br><br>-against-<br><br>FORD MOTOR COMPANY AND INTERNATIONAL BUSINESS MACHINES, CORPORATION,<br><br>    Defendants-Appellees, | Docket No. 14-3589 and 14-3607<br><br>PLAINTIFFS-APPELLANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF |

**PLEASE TAKE NOTICE** that pursuant to Local Rule 27.1 (f) and upon the annexed affidavit the undersigned hereby move this court for an Order extending the deadline by which Plaintiffs-Appellants must file their brief to January 28, 2015.

Date: December 30, 2014

*Paul L. Hoffman w/permission*
SCHONBRUN, DESIMONE, SEPLOW,
HARRIS & HOFFMAN, LLP
Paul L. Hoffman
723 Ocean Front Walk
Venice, CA 90291
Telephone: (310) 396-0731
Facsimile: (310) 399-7040

*Attorneys for Ntsebeza Plaintiffs*

*Kristen M. Ward*
HAUSFELD
Kristen M. Ward
1700 K Street, N.W.
Suite 650
Washington, D.C. 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201

*Attorneys for Balintulo Plaintiffs*

1

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| BALINTULO, et al.,<br><br>    Plaintiffs-Appellants,<br><br>-against-<br><br>FORD MOTOR COMPANY AND INTERNATIONAL BUSINESS MACHINES, CORPORATION,<br><br>    Defendants-Appellees, | Docket No. 14-3589 and 14-3607<br><br>AFFIDAVIT IN SUPPORT OF UNOPPOSED PLAINTIFFS-APPELLANTS' MOTION FOR EXTENSION OF TIME TO FILE BRIEF |

KRISTEN M. WARD, hereby declares as follows:

1.    I am an attorney duly admitted to practice law in Virginia, the District of Columbia, and the United States Court of Appeals for the Second Circuit. I, along with co-counsel, represent the putative class in *Balintulo, et al. v. Ford Motor Company and International Business Machines, Corporation* in this appeal, and submit this Affidavit on behalf of all Plaintiffs-Appellants. Plaintiffs-Appellants respectfully move this court for an extension until January 28, 2014 to file Appellants' opening brief. I submit this Affidavit in support of that motion.

2.    Counsel for the *Ntsebeza* Plaintiffs-Appellants and counsel for the *Balintulo* Plaintiffs-Appellants intend to submit a single brief to avoid duplication. Counsel for both groups of Plaintiff-Appellants, however, due to holiday schedules, face a number of scheduling issues, coordination complexities, and personal circumstances that require additional time to prepare and submit their brief.

1

3. Counsel for Defendants-Appellees do not oppose this motion. Plaintiffs-Appellants have agreed to stipulate to a reciprocal extension for filing Defendants-Appellees' opposition brief.

4. For the foregoing reasons, Plaintiffs-Appellants respectfully request an extension on the time to submit their opening brief in this matter.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 30, 2014 in the District of Columbia.

*Kristen M. Ward*
Kristen M. Ward
kward@hausfeld.com
HAUSFELD
1700 K Street, N.W.
Suite 650
Washington, D.C. 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on December 30, 2014, the foregoing Plaintiffs-Appellants' Unopposed Motion for Extension of Time to Submit Brief, the accompanying affidavit of Kristen M. Ward in Support of the Motion, and Plaintiffs-Appellants Motion Information Statement (Form T-1080) was served filed and served on all parties of record by way of CM/ECF.

Keith R. Hummel, Esq.
Teena-Ann Sankoorikal, Esq.
Jim Canning, Esq.
Cravath Swaine & Moore, LLP
Worldwide Plaza
825 Eighth Street
New York, NY 10019
(212) 474-1000
KHummel@cravath.com
*Attorneys for Defendant IBM*

Brian C. Anderson, Esq.
Jonathan Hacker, Esq.
O'Melveny & Myers, LLP
1625 Eye Street, NW
Washington, DC 20006
(202) 383-5300
BAnderson@omm.com
*Attorneys for Defendant Ford Motor Company*

Dated: December 30, 2014

Kristen M. Ward, Esq.
HAUSFELD